# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00829-CV

**John Rady, Appellant**

**v.**

**Elizabeth Boulton; Sand Canyon Corporation; Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2006-3, Asset Backed Certificates, Series 2006-3; and American Home Mortgage Servicing, Inc., Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-11-003424, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 6, 2013, the Clerk of this Court sent notice to appellant John Rady that his brief was due on July 15, 2013, and was overdue, and that if he failed to file a brief, this Court would dismiss his appeal for want of prosecution. The Clerk also notified Rady that his appeal would be dismissed for want of prosecution if he did not respond to this Court by August 16, 2013. To date, Rady has not responded to this Court's notice and has not filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed for Want of Prosecution

Filed:   August 29, 2013

2